**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MERASTAR INSURANCE COMPANY,**

        **Plaintiff,**

-vs-                                      **Case No. 6:05-cv-183-Orl-28JGG**

**AGNES B. MARSH, MORRIS R. MARSH, AIMEE ADELE WHITLOCK, WILLIAM EUGENE WHITLOCK, IV, HADJILOGIOU PROPERTIES, INC., d/b/a Remax/Olympic Realty, McCLUSKEY REALTY, INC.,**

        **Defendants.**
_____

## ORDER

This case is before the Court on Motion to Dismiss (Doc. No. 31) filed May 11, 2005. The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed July 26, 2005 (Doc. No. 42) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion to Dismiss (Doc. No. 31) is **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 10th day of August, 2005.

_____
ANNE C. CONWAY
United States District Judge

Signed in the absence of John Antoon II

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party